**Dismiss and Opinion Filed October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01357-CV

### IN RE WALTER CORTEZ, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-30378-V**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Brown
Opinion by Justice Francis

Relator filed this petition for writ of mandamus complaining of the actions of the trial court in dismissing or denying his petition for writ of habeas corpus without giving him an opportunity to amend and of the actions of the Texas Court of Criminal Appeals in denying his petition for writ of mandamus filed in that court. The intermediate courts of appeals have no original jurisdiction over petitions for habeas corpus relief in connection with criminal proceedings. *See* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004) (limiting habeas corpus jurisdiction of intermediate courts of appeals to civil matters); TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005) (granting original jurisdiction in cases seeking writs of habeas corpus in criminal cases to the court of criminal appeals, districts courts, and county courts). Accordingly, they also have no mandamus jurisdiction in matters related to petitions for writ of habeas corpus. "Article 11.07 contains no role for the courts of appeals; the only courts referred to are the convicting court and the Court of Criminal Appeals." *In re McAfee,* 53 S.W.3d 715, 718 (Tex.

App.—Houston [1st Dist.] 2001, orig. proceeding). We **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.


141357F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE